| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | WILLIAM FRENTZEN (LABN 24421)<br>ANDREW F. DAWSON (CABN 264421) |
| 5 | Assistant United States Attorneys |

FILED

Jul 31 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7019
FAX: (415) 436-7234
andrew.dawson@usdoj.gov

ADRIENNE ROSE (NYBN 5061619)
Trial Attorney, Criminal Division

1301 New York Avenue NW, Suite 600
Washington, DC 20005
Telephone: (202) 532-4779
FAX: (202) 514-6113
adrienne.rose@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:20-mj-71049 MAG |
| Plaintiff, | ) | UNITED STATES' MOTION TO SEAL |
| v. | ) | CRIMINAL COMPLAINT AND AFFIDAVIT AND [PROPOSED] ORDER |
| NIMA FAZELI, | ) | |
| Defendant. | ) | |

The United States, through undersigned counsel, respectfully moves this Court to seal the Complaint, Affidavit, Arrest Warrant, and all associated documents in the above-captioned matter. The government believes that if the existence of the Complaint and Arrest Warrant are made known to the defendant, there is a risk that he will flee, destroy evidence, or otherwise obstruct the government's

MOTION TO SEAL AND [PROPOSED] ORDER           1

investigation. The government further requests that the Court order that the matter be unsealed upon execution of the arrest warrant.

DATED: July 31, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
ANDREW F. DAWSON
Assistant United States Attorney

**[PROPOSED] ORDER**

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the Complaint, Affidavit, Arrest Warrant, and associated documents be filed under seal. This matter will be unsealed upon execution of the arrest warrant.

DATED:  July 30, 2020

HON. SALLIE KIM
United States Magistrate Judge

MOTION TO SEAL AND [PROPOSED] ORDER        2