# Mark Jenkins

**From:** CAND IntakeSF
**Sent:** Tuesday, August 4, 2020 9:10 AM
**To:** CAND CrimDktSF
**Subject:** 3:20-mj-71049-MAG-1 - Fazeli, Nima - FW: Activity in Case 6:20-mj-01558-GJK USA v. Fazeli Notice to Receiving District of Criminal Case Transfer

William Noble
United States District Court
415-522-2644

**From:** ECFHELPDESK <ECFHELPDESK@cand.uscourts.gov>
**Sent:** Monday, August 3, 2020 8:23 AM
**To:** CAND IntakeSF <IntakeSF@cand.uscourts.gov>
**Subject:** Fw: Activity in Case 6:20-mj-01558-GJK USA v. Fazeli Notice to Receiving District of Criminal Case Transfer

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Monday, August 3, 2020 5:49 AM
**To:** CMECF_FLMD_NOTICES flmd <CMECF_FLMD_NOTICES@flmd.uscourts.gov>
**Subject:** Activity in Case 6:20-mj-01558-GJK USA v. Fazeli Notice to Receiving District of Criminal Case Transfer

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 8/3/2020 at 8:49 AM EDT and filed on 8/3/2020
**Case Name:** USA v. Fazeli
**Case Number:** 6:20-mj-01558-GJK
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE to Northern District of California of a Rule 5 or Rule 32 Initial Appearance as to Nima Fazeli. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KKA)**

**6:20-mj-01558-GJK-1 Notice has been electronically mailed to:**

Michael Shay Ryan    michael_ryan@fd.org, monica_mendez@fd.org, sue_peters@fd.org

Amanda Sterling Daniels    amanda.daniels@usdoj.gov, CaseView.ECF@usdoj.gov, orldocket.mailbox@usdoj.gov, usaflm.orl_ecf@usdoj.gov

**6:20-mj-01558-GJK-1 Notice has been delivered by other means to:**