DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

ADRIENNE ROSE (NYBN 5061619)
Trial Attorney, Criminal Division

    1301 New York Avenue NW, Suite 600
    Washington, DC 20005
    Telephone: (202) 532-4779
    FAX: (202) 514-6113
    adrienne.rose@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:20-mj-71049 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| NIMA FAZELI, | |
| Defendant. | |

This matter is currently set for a bond hearing on August 27, 2020. The parties last appeared on August 13, 2020, and were ordered to meet and confer regarding the defendant's conditions of release. The parties continue to confer on appropriate conditions going forward and stipulate and agree that a further continuance of approximately 14 days is appropriate. The parties are hopeful that agreed-upon conditions of release will be finalized by that time. The parties therefore propose that the bond hearing

be continued from August 27, 2020, to 10:30am on September 11, 2020, and that current conditions remain in place until then.

The parties further stipulate and agree to a further continuance of the preliminary hearing, for which time has been excluded through September 23, 2020.  The parties are currently exploring potential resolution of this matter.  The parties therefore propose that the hearing currently set for September 23, 2020 be continued to 10:30am on October 7, 2020.  The parties further stipulate and agree that such time should be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act.  The government has made an initial production of discovery, which defense counsel is reviewing.  For these reasons, the parties stipulate and agree that excluding time until October 7, 2020, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d).  The parties further stipulate and agree that the ends of justice served by excluding time through October 7, 2020 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED

DATED:  August 26, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED:  August 26, 2020

/s/
JONATHAN LYNN
Attorney for the Defendant

//

**PROPOSED ORDER**

Based upon the representations of counsel and for good cause shown, the Court continues the further bond hearing in this matter from August 27, 2020 to September 11, 2020.  The Court further continues the status conference currently set for September 23, 2020 to October 7, 2020.  The Court finds that failing to exclude the time through October 7, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time through October 7, 2020, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that time through October 7, 2020 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d).  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

IT IS SO ORDERED.

DATED:_____                    _____
                                          THE HONORABLE SUSAN VAN KEULEN
                                          United States Magistrate Judge