1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7019
       FAX: (415) 436-7234
8      andrew.dawson@usdoj.gov

9  ADRIENNE ROSE (NYBN 5061619)
   Trial Attorney, Criminal Division
10
       1301 New York Avenue NW, Suite 600
11     Washington, DC 20005
       Telephone: (202) 532-4779
12     FAX: (202) 514-6113
       adrienne.rose@usdoj.gov
13
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:20-mj-71049 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND |
| v. | EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL |
| NIMA FAZELI, | PROCEDURE 5.1(c) AND (d) |
| Defendant. | |

This matter is currently set for a preliminary hearing before Judge Spero on October 7, 2020, at 10:30am. The parties are currently negotiating a potential resolution of this matter, and they stipulate and agree to a further continuance of the preliminary hearing to allow for further negotiations. The parties therefore propose that the hearing currently set for October 7, 2020 be continued to December 7, 2020, at 10:30am. The parties further stipulate and agree that the time from October 7, 2020, to

December 7, 2020, should be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act. The government has made an initial production of discovery, which defense counsel is reviewing. For these reasons, the parties stipulate and agree that excluding time until December 7, 2020, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d). The parties further stipulate and agree that the ends of justice served by excluding time through December 7, 2020 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED

DATED: October 1, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: October 1, 2020

/s/
JONATHAN LYNN
Attorney for the Defendant

//

## PROPOSED ORDER

Based upon the representations of counsel and for good cause shown, the Court continues the preliminary hearing in this matter from October 7, 2020 to December 7, 2020, at 10:30am. The Court finds that failing to exclude the time through December 7, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time through December 7, 2020, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that time from October 7, 2020, through December 7, 2020 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

IT IS SO ORDERED.

DATED:_____                    _____
                                            THE HONORABLE JOSEPH C. SPERO
                                            United States Magistrate Judge