AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

United States of America

Plaintiff (s),

v.

Nima Fazeli

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-mj-71049 MAG

Notice is hereby given that, subject to approval by the court, __Nima Fazeli__ substitutes
(Party (s) Name)

__Martin A. Sabelli__, State Bar No. __CA 164772__ as counsel of record in
(Name of New Attorney)

place of __Jonathyn Lynn, Wallin & Kralich__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Martin Sabelli
Address: 740 Noe Street
Telephone: (415) 298-8435     Facsimile _____
E-Mail (Optional): msabelli@sabellilaw.com

I consent to the above substitution.
Date: 11/7/20
(Signature of Party (s))

I consent to being substituted.
Date: 11/10/20
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/11/20
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]