# UNITED STATES DISTRICT COURT

Northern District of California

United States of America, Plaintiff(s),

v.

Nima Fazeli, Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:20-mj-71049 MAG

Notice is hereby given that, subject to approval by the court, __Nima Fazeli__ (Party(s) Name) substitutes __Martin A. Sabelli__ (Name of New Attorney), State Bar No. __CA 164772__ as counsel of record in place of __Jonathyn Lynn, Wallin & Kralich__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

- Firm Name: Martin Sabelli
- Address: 740 Noe Street
- Telephone: (415) 298-8435   Facsimile: 
- E-Mail (Optional): msabelli@sabellilaw.com

I consent to the above substitution.
Date: 11/7/20
(Signature of Party(s))

I consent to being substituted.
Date: 11/10/20
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 11/11/20
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 16, 2020

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**GRANTED**
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA