1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   ANDREW F. DAWSON (CABN 264421)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7019
       FAX: (415) 436-7234
8      andrew.dawson@usdoj.gov

9  ADRIENNE ROSE (NYBN 5061619)
   Trial Attorney, Criminal Division
10
       1301 New York Avenue NW, Suite 600
11     Washington, DC 20005
       Telephone: (202) 532-4779
12     FAX: (202) 514-6113
       adrienne.rose@usdoj.gov
13
   Attorneys for United States of America
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:20-mj-71049 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| NIMA FAZELI, | |
| Defendant. | |

    Counsel for the United States and counsel for the defendant, Nima Fazeli, jointly stipulate and request that the hearing currently set for December 7, 2020, be continued to January 7, 2021. Defendant Fazeli recently retained new counsel, and the parties are exploring a resolution of this matter. The parties further stipulate and request that time be excluded under Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act from December 7, 2020 to January 7, 2021.

The government and counsel for the defendant have agreed that time be excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery produced by the government. For these reasons, the parties stipulate and agree that excluding time until January 7, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d). The parties further stipulate and agree that the ends of justice served by excluding time from December 7, 2020 to January 7, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

DATED: November 25, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: November 25, 2020

/s/
MARTIN SABELLI
Attorney for the Defendant

**PROPOSED ORDER**

Based upon the representations of counsel and for good cause shown, the Court continues the December 7, 2020 hearing in this matter to January 7, 2021. The Court further finds that failing to exclude the time from December 7, 2020 to January 7, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from December 7, 2020 to January 7, 2021 from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from December 7, 2020 to January 7, 2021 shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

IT IS SO ORDERED.

DATED:_____                    _____
                                                THE HONORABLE LAUREL BEELER
                                                United States Magistrate Judge