DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
ANDREW F. DAWSON (CABN 264421)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7019
    FAX: (415) 436-7234
    andrew.dawson@usdoj.gov

ADRIENNE ROSE (NYBN 5061619)
Trial Attorney, Criminal Division

    1301 New York Avenue NW, Suite 600
    Washington, DC 20005
    Telephone: (202) 532-4779
    FAX: (202) 514-6113
    adrienne.rose@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 3:20-mj-71049 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 5.1(c) AND (d) |
| v. | |
| NIMA FAZELI, | |
| Defendant. | |

    This matter is currently set for a preliminary hearing February 8, 2021, at 10:30am. The parties are currently negotiating a potential resolution of this matter, and they stipulate and agree to a further continuance of the preliminary hearing to allow for further negotiations. The parties therefore propose that the hearing currently set for February 8, 2021 be continued to March 8, 2021, at 10:30am. The parties further stipulate and agree that the time from February 8, 2021, to March 8, 2021, should be

excluded under Federal Rule of Criminal Procedure 5.1 and the Speedy Trial Act. The government has made an initial production of discovery, which defense counsel is reviewing. For these reasons, the parties stipulate and agree that excluding time until March 8, 2021, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv); FRCP 5.1(c) and (d). The parties further stipulate and agree that the ends of justice served by excluding time through March 8, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED

DATED: February 1, 2021            Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

 /s/
ANDREW F. DAWSON
Assistant United States Attorney

DATED: February 1, 2021             /s/
MARTIN SABELLI
Attorney for the Defendant

//

**~~PROPOSED~~ ORDER**

Based upon the representations of counsel and for good cause shown, the Court continues the preliminary hearing in this matter from February 8, 2021, to March 8, 2021, at 10:30am. The Court finds that failing to exclude the time through March 8, 2021 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time through March 8, 2021, from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d) outweighs the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that time from February 8, 2021, to March 8, 2021, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1(c) and (d). 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv); FRCP 5.1(c),(d).

IT IS SO ORDERED.

DATED: February 1, 2021

THE HONORABLE LAUREL BEELER
United States Magistrate Judge