MARTÍN A. SABELLI (SBN 164772)
Law Offices of Martín A. Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
Email: msabelli@sabellilaw.com

Attorneys for Defendant
NIMA FAZELI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NIMA FAZELI,<br><br>　　　　Defendant. | NO.: 3:20-mj-71049 MAG<br><br>STIPULATION AND [PROPOSED] ORDER RE TRAVEL |

　　　　The parties hereby stipulate that Nima Fazeli be permitted to travel to New York, New York, on December 24, 2021 to stay with his sister and return to his home December 29, 2021.

　　　　Undersigned counsel has conferred with the United States Pre-Trial Services Officers assigned to this matter both in this District and in the Middle District of Florida. These Officers have no objection to this request given that Mr. Fazeli has been fully compliant with conditions of release and provided that Mr. Fazeli provides his itinerary to the Pre-Trial Officer in the Middle District of Florida in advance of travel.

/ / /

IT IS SO STIPULATED.

DATED: December 14, 2021

Respectfully submitted,

STEPHANIE M. HINDS
ACTING UNITED STATES ATTORNEY
United States Attorney

/s/
_____
ANDREW DAWSON
Assistant United States Attorney

/s/
_____
MARTIN A. SABELLI
Attorneys for Defendant
NIMA FAZELI

## [PROPOSED] ORDER

For the reasons stated above, Nima Fazeli will be permitted to travel to New York, New York on December 24, 2021 to stay with his sister and return to his home December 29, 2021. Mr. Fazeli shall provide his itinerary to the Pre-Trial Officer in the Middle District of Florida in advance of travel

IT IS SO ORDERED.

Dated: December ____, 2021

_____
THE HONORABLE THOMAS S. HIXSON
United States Magistrate Judge