MARTÍN A. SABELLI (SBN 164772)
Law Offices of Martín A. Sabelli
740 Noe Street
San Francisco, CA 94114
Tel: (415) 298-8435
Fax: (415) 520-5810
Email: msabelli@sabellilaw.com

Attorneys for Defendant
NIMA FAZELI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  NIMA FAZELI,  Defendant. | NO.: 3:20-mj-71049 MAG  STIPULATION AND ORDER RE TRAVEL |

    The parties hereby stipulate that Nima Fazeli be permitted to travel to New York, New York, on December 24, 2021 to stay with his sister and return to his home December 29, 2021.

    Undersigned counsel has conferred with the United States Pre-Trial Services Officers assigned to this matter both in this District and in the Middle District of Florida. These Officers have no objection to this request given that Mr. Fazeli has been fully compliant with conditions of release and provided that Mr. Fazeli provides his itinerary to the Pre-Trial Officer in the Middle District of Florida in advance of travel.

/ / /

1    IT IS SO STIPULATED.

2  DATED:  December 14, 2021           Respectfully submitted,

3                                      STEPHANIE M. HINDS
4                                      ACTING UNITED STATES ATTORNEY
                                       United States Attorney
5
                                       /s/
6                                      _____
7                                      ANDREW DAWSON
                                       Assistant United States Attorney
8
                                       /s/
9                                      _____
10                                     MARTIN A. SABELLI
                                       Attorneys for Defendant
11                                     NIMA FAZELI

12

13                                **ORDER**

14

15    For the reasons stated above, Nima Fazeli will be permitted to travel to New York, New
16  York on December 24, 2021 to stay with his sister and return to his home December 29, 2021.
17  Mr. Fazeli shall provide his itinerary to the Pre-Trial Officer in the Middle District of Florida in
18  advance of travel

19
      IT IS SO ORDERED.
20

21  Dated:  December  20 , 2021

                                       IT IS SO ORDERED
                                       /s/ Donna M. Ryu
                                       Judge Donna M. Ryu

                                       _____
                                       THE HONORABLE DONNA M. RYU
                                       United States Magistrate Judge